| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Industria Business Lawyers LLP<br>Omar Khan (320189)<br>1128 20th St, #6<br>Santa Monica, CA 90403<br>(330) 812-0702 | CLEAR FORM |

ATTORNEY(S) FOR:  Plaintiff Davis Yu

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Davis Yu<br><br>Plaintiff(s),<br>v.<br>Vidy, Inc., Patrick Colangelo, and Jacob Rosin<br><br>Defendant(s) | CASE NUMBER:<br>2:24-cv-01343<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Plaintiff Davis Yu
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Davis Yu | Plaintiff |
| Vidy, Inc. | Defendant |
| Patrick Colangelo | Defendant |
| Jacob Rosin | Defendant |

| | |
|---|---|
| 02/22/2024 | /s/ Omar Khan |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Davis Yu