NESS PLLC
Eliyahu Ness (Bar No. 311054)
eness@nesslegal.com
12100 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
(213) 294-4322

Attorneys for Defendant
PATRICK COLANGELO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAVIS YU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VIDY, INC.,<br>PATRICK COLANGELO,<br>JACOB ROSIN, and<br>DOE DEFENDANTS 1-3,<br><br>　　　　　Defendants. | Case No. 2:24-cv-01343-WLH-SSC<br><br>**NOTICE OF ERRATA** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

　　　PLEASE TAKE NOTICE that the Joint 26(f) Report jointly filed by Plaintiff Davis Yu and Defendant Patrick Colangelo (ECF 30) contains substantial errors, corrupted text and inadvertent deviations from the parties' agreed Joint 26(f) Report which appear to have been the inadvertent result of a technical error during the conversion of the document from a Word editable document to PDF. Attached to this Notice is a Corrected Joint 26(f) Report which corrects those defects and is the Joint 26(f) Report that the parties intended to file. Plaintiff Davis Yu and Defendant Patrick Colangelo respectfully request that the Court disregard

the prior filing and treat the Corrected Joint 26(f) Report as the operative report, and that the prior filing (ECF 30) be stricken and/or removed in its entirety from the Court's docket and replaced with the Corrected Joint 26(f) Report.

Both Plaintiff and Defendant Patrick Colangelo consent to this Notice.[1]

Dated: June 13, 2024                    Respectfully submitted,

                                               */s/ Omar Khan*
Matthew J. Bouillon Mascareñas, *pro hac vice*
Omar Khan (SBN 320189)
Industria Business Lawyers LLP
1128 20th St, #6
Santa Monica, CA 90403
(330) 812-0702
m.khan@iblpartners.com
matthew@iblpartners.com
*Attorneys for Plaintiff DAVIS YU*

Dated: June 13, 2024                    Respectfully submitted,

*/s/ Eliyahu Ness*
NESS PLLC
Eliyahu Ness (SBN 311054)
eness@nesslegal.com
12100 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
(213) 294-4322
*Attorneys for Defendant PATRICK COLANGELO*

---

[1] The original filer of ECF 30, Omar Khan was out of the office today and, therefore, counsel for Defendant Colangelo, Eliyahu Ness, is filing this Notice with the consent of Mr. Khan.

## ATTESTATION

I, Eliyahu Ness, hereby attest, pursuant to United States District Court, Central District of California Local Rule 5-4.3.4(a)(2), that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized the filing.

Dated: June 13, 2024

*s/ Eliyahu Ness*
Eliyahu Ness (SBN 311054)
NESS PLLC